1192-15

# ELECTRONIC RECORD

COA # 14-14-00165-CR

STYLE: Harold Brown v The State of Texas

COA DISPOSITION: Affirmed

DATE: August 18, 2015    Publish: No

OFFENSE: Capital Murder

COUNTY: Harris

TRIAL COURT: 208th District Court

TC CASE #:1362106

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Harold Brown v The State of Texas

CCA # _____

___APPELLANT'S___    Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___11/18/2015___

JUDGE: ___Per Curiam___

CCA Disposition: ___1192-15___

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

--------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**